**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000176
11-JUL-2019
10:27 AM**

NO. CAAP-19-0000176

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MAELANI A. LEE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTI-18-097808)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On March 14, 2019, Defendant-Appellant Maelani Ann Lee (Lee), filed the notice of appeal pro se;

(2) On May 7, 2019, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before May 17, 2019, and June 17, 2019, respectively;

(3) Lee did not file either document or request an extension of time;

(4) On June 25, 2019, the appellate clerk notified Lee that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 5, 2019, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Lee may request relief from default by motion; and

(5) Lee took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, July 11, 2019.


Chief Judge


Associate Judge


Associate Judge